Entered on Docket
August 02, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the
Memorandum Decision of the Court.
Signed August 01, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 10-45167 |
| Centorial D. Hanson, | |
| Debtor, | Chapter 13 |
| _____ | |
| Heritage Pacific Financial, LLC, | |
| Plaintiff, | Adv. Pro. No. 10-4246 |
| vs. | |
| Centorial D. Hanson, | |
| Defendant. | |
| _____ | |

**MEMORANDUM TO PARTIES RE: HEARING ON PLAINTIFF HERITAGE PACIFIC FINANCIAL, LLC'S MOTION FOR SUMMARY JUDGMENT**

The Court has reviewed Plaintiff's Motion for Summary Judgment ("the Motion") and the supporting pleadings and declarations. The Court notes that the Motion is based principally upon matters that are deemed admitted as a result of Defendant's failure to answer Plaintiff's

| | |
|---|---|
| 1 | Requests for Admission (RFAs).  The Court further notes that Plaintiff served 49 separate RFAs, |
| 2 | each of which purported to require Respondent to state in detail the basis for denial, if any. |
| 3 | The Court further notes the provisions of Federal Rules of Civil Procedure 33(a)(1) and |
| 4 | 36 and Northern District of California Local Rules 33-1 and 36-1, incorporated into the |
| 5 | Bankruptcy Local Rules by BLR 1001-2, which are relevant to the total number of written |
| 6 | interrogatories permitted in a disputed matter and, by inference, the total number of RFAs when |
| 7 | the RFAs request particular bases for denial. |
| 8 | The Court directs Counsel for the Moving Party to address the applicability of these rules |
| 9 | at the oral argument for the Motion. |

**\*\*\*END OF MEMORANDUM\*\*\***

| | |
|---|---|
| 1 | <u>**Court Service List**</u> |
| 2 | Centorial D. Hanson |
| | 1726 Benedict Drive |
| 3 | San Leandro, CA 94577 |
| 4 | Brad A. Mokri |
| | Law Offices of Mokri and Assoc. |
| 5 | 1851 E 1st St. #900 |
| | Santa Ana, CA 92705 |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |